UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Steven C. Mannion, U.S.M.J. |
| v. | Mag. No. 15-6096 |
| TYRONE DUNSON, a/k/a "Rudy" | **ORDER FOR CONTINUANCE** |

This matter having been opened to the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Osmar J. Benvenuto, Elizabeth M. Harris, and Barry A. Kamar, Assistant United States Attorneys, appearing), and the defendant Tyrone Dunson a/k/a "Rudy" (David Glazer, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right, under 18 U.S.C. § 3161(b), to have the matter presented to a Grand Jury within thirty (30) days of his arrest; and the Defendant through his attorney having consented to the continuance; and one prior continuance having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and the Defendant seek additional time to achieve successful resolution of these negotiations, which would render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

WHEREFORE, it is on this 23 day of July, 2015,

ORDERED that the proceedings in the above-captioned matter are continued from the date of this order through October 31, 2015; and

IT IS FURTHER ORDERED that the aforementioned period shall be excludable in computing time under the Speedy Trial Act of 1974.

Honorable Steven C. Mannion
United States Magistrate Judge

15-6096

Consented and Agreed to by:

David Glazer, Esq.
Counsel for Defendant

Osmar J. Benvenuto
Elizabeth M. Harris
Barry A. Kamar
Assistant United States Attorneys